ANDAMAN SEAFOOD CO., LTD., Chanthaburi Frozen Food Co., Ltd., Chanthaburi Seafoods Co., Ltd., Phatthana Seafood Co., Ltd., Phatthana Frozen Food Co., Ltd., Thailand Fishery Cold Storage Public Co., Ltd., Thai International Seafoods Co., Ltd., and Sea Wealth Frozen Food Co., Ltd., Plaintiffs–Appellants,

v.

UNITED STATES, Defendant–Appellee.

No. 2010–1299.

United States Court of Appeals, Federal Circuit.

June 14, 2010.

Jay C. Campbell, White & Case LLP, Washington, DC, for Plaintiffs–Appellants.

L. Misha Preheim, Department of Justice, Washington, DC, for Defendant–Appellee.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

THE OHIO WILLOW WOOD COMPANY, Plaintiff/Counterclaim Defendant–Appellee,

v.

THERMO–PLY, INC., Defendant/Counterclaimant–Appellant,

and

Coastal Liners, LLC, Counterclaimant.

No. 2010–1269.

United States Court of Appeals, Federal Circuit.

June 14, 2010.

Jeffrey S. Standley, Standley Law Group LLP, Dublin, OH, for Plaintiff/Counterclaim Defendant–Appellee.

Richard E. Fee, Fee & Jeffries, Tampa, FL, for Defendant/Counterclaimant–Appellant.

### ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.